E-FILED
Monday, 15 October, 2007  02:07:58 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)<br><br>This Document Relates To:<br><br>Cases from the law firm of Cascino Vaughan Law Offices, Ltd.<br><br>U.S. DISTRICT COURT FOR THE CENTRAL DISTRICT OF ILLINOIS<br>Harris v. AP Green, Case No. 91-1379 | Civil Action No. MDL 875 |

### MOTION TO APPOINT SPECIAL ADMINISTRATOR

NOW COMES plaintiff, Peggy S Harris, by and through her attorneys, CASCINO VAUGHAN LAW OFFICES, LTD. and pursuant to Rule 25 (a) of the Federal Rules of Civil Procedure, moves this Honorable Court to enter an order to appoint her Special Administrator on behalf of Robert E Harris, deceased, to litigate the above-captioned matter, and to change the above caption to reflect the same, and, in support thereof, states as follows:

1.    Plaintiff, Robert E Harris, died on 11/01/1997, pursuant to State of Illinois Medical Death Certificate attached hereto.

2.    No estate has been opened as of this date.

3.    No legal representative has been appointed as of this date.

4.    Peggy S Harris is the wife of Robert E Harris and plaintiff in her own right in the instant matter.

WHEREFORE, plaintiff, Peggy S Harris, moves this Honorable Court to enter an order appointing her Special Administrator for the purpose of litigating this cause, and changing the caption to read: Peggy S Harris, individually and as special administrator of the estate of Robert E Harris, deceased, Plaintiff v. AP Green, Defendants.

Respectfully submitted,

By: *Mike Cascino*

One of Plaintiff's Attorneys

Michael P. Cascino
Cascino Vaughan Law Offices, Ltd.
220 South Ashland Ave.
Chicago, IL 60607
(312) 944-0600
(312) 944-1870 (fax)

STATE OF ILLINOIS

# MEDICAL CERTIFICATE OF DEATH

REGISTRATION DISTRICT NO. 90.0

REGISTERED NUMBER

STATE FILE NUMBER

| Field | Entry |
|---|---|
| 1. DECEASED–NAME (FIRST, MIDDLE, LAST) | Robert E. Harris |
| 2. SEX | male |
| 3. DATE OF DEATH (MONTH, DAY, YEAR) | November 1, 1997 |
| 4. COUNTY OF DEATH | Tazewell |
| 5a. AGE–LAST BIRTHDAY (YRS) | 63 |
| 5b. UNDER 1 YEAR (MOS. / DAYS) | |
| 5c. UNDER 1 DAY (HOURS / MIN.) | |
| 5d. DATE OF BIRTH (MONTH, DAY, YEAR) | February 27, 1934 |
| 6a. CITY, TOWN, TWP, OR ROAD DISTRICT NUMBER | Pekin |
| 6b. HOSPITAL OR OTHER INSTITUTION–NAME (IF NOT IN EITHER, GIVE STREET AND NUMBER) | 314 Edgewood Dr. |
| 6c. IF HOSP. OR INST. INDICATE DOA, OP/EMER. RM, INPATIENT (SPECIFY) | |
| 7. BIRTHPLACE (CITY AND STATE OR FOREIGN COUNTRY) | Cumberland Co. IL |
| 8a. MARRIED, NEVER MARRIED, WIDOWED, DIVORCED (SPECIFY) | married |
| 8b. NAME OF SURVIVING SPOUSE (MAIDEN NAME, IF WIFE) | Peggy S. Hill |
| 9. WAS DECEASED EVER IN U.S. ARMED FORCES? (YES/NO) | no |
| 10. SOCIAL SECURITY NUMBER | 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 |
| 11a. USUAL OCCUPATION | iron worker |
| 11b. KIND OF BUSINESS OR INDUSTRY | construction |
| 12. EDUCATION (SPECIFY ONLY HIGHEST GRADE COMPLETED) Elementary/Secondary (0-12) / College (1-4 or 5+) | 8 |
| 13a. RESIDENCE (STREET AND NUMBER) | 315 Edgewood Dr. |
| 13b. CITY, TOWN, TWP, OR ROAD DISTRICT NO. | Pekin |
| 13c. INSIDE CITY (YES/NO) | yes |
| 13d. COUNTY | Tazewell |
| 13e. STATE | Illinois |
| 13f. ZIP CODE | 61554 |
| 14a. RACE (WHITE, BLACK, AMERICAN INDIAN, etc.) (SPECIFY) | white |
| 14b. OF HISPANIC ORIGIN? (SPECIFY NO OR YES–IF YES, SPECIFY CUBAN, MEXICAN, PUERTO RICAN, etc.) | ☒ NO ☐ YES SPECIFY: |
| 15. FATHER–NAME (FIRST, MIDDLE, LAST) | William O. Harris |
| 16. MOTHER–NAME (FIRST, MIDDLE, (MAIDEN) LAST) | Elizabeth Edna Mullins |
| 17a. INFORMANT'S NAME (TYPE OR PRINT) | Peggy S. Harris |
| 17b. RELATIONSHIP | wife |
| 17c. MAILING ADDRESS (STREET AND NO. OR R.F.D., CITY OR TOWN, STATE, ZIP) | 314 Edgewood Dr., Pekin, IL 61554 |

18. PART I. Enter the diseases, or complications that caused the death. Do not enter the mode of dying, such as cardiac or respiratory arrest, shock, or heart failure. List only one cause on each line.

| | Cause | Approximate interval between onset and death |
|---|---|---|
| Immediate Cause (Final disease or condition resulting in death) (a) | SMALL CELL LUNG METASTATIC TO BRAIN | 5 MONTHS |
| DUE TO, OR AS A CONSEQUENCE OF (b) | | |
| DUE TO, OR AS A CONSEQUENCE OF (c) | | |

CONDITIONS, IF ANY WHICH GIVE RISE TO IMMEDIATE CAUSE (a) STATING THE UNDERLYING CAUSE LAST.

PART II. Other significant conditions contributing to death but not resulting in the underlying cause given in PART I.

| Field | Entry |
|---|---|
| 19a. AUTOPSY (YES/NO) | no |
| 19b. WERE AUTOPSY FINDINGS AVAILABLE PRIOR TO COMPLETION OF CAUSE OF DEATH? (YES/NO) | |
| 20a. DATE OF OPERATION, IF ANY | |
| 20b. MAJOR FINDINGS OF OPERATION | |
| 20c. IF FEMALE, WAS THERE A PREGNANCY IN PAST THREE MONTHS? | YES ☐ NO ☐ |
| 21a. I (DID) (DID NOT) ATTEND THE DECEASED AND LAST SAW HIM/HER ALIVE ON (MONTH, DAY, YEAR) | OCTOBER 15, 1997 |
| 21b. WAS CORONER OR MEDICAL EXAMINER NOTIFIED? (YES/NO) | yes |
| 21c. HOUR OF DEATH | 7:15 a M. |

TO THE BEST OF MY KNOWLEDGE, DEATH OCCURRED AT THE TIME, DATE AND PLACE AND DUE TO THE CAUSE(S) STATED.

| Field | Entry |
|---|---|
| 22a. SIGNATURE ▶ | [signature] |
| 22b. DATE SIGNED (MONTH, DAY, YEAR) | NOVEMBER 4, 1997 |
| 22c. NAME AND ADDRESS OF CERTIFIER (TYPE OR PRINT) | STEPHEN QULLINAN 900 MAIN PEORIA IL |
| 22d. ILLINOIS LICENSE NUMBER | 036-054-675 |
| 23. NAME OF ATTENDING PHYSICIAN IF OTHER THAN CERTIFIER (TYPE OR PRINT) | |

NOTE: IF AN INJURY WAS INVOLVED IN THIS DEATH THE CORONER OR MEDICAL EXAMINER MUST BE NOTIFIED.

| Field | Entry |
|---|---|
| 24a. BURIAL, CREMATION, REMOVAL (SPECIFY) | cremation |
| 24b. CEMETERY OR CREMATORY–NAME | Abel Crematory |
| 24c. LOCATION (CITY OR TOWN, STATE) | Pekin Illinois |
| 24d. DATE (MONTH, DAY, YEAR) | Nov. 4, 1997 |
| 25a. FUNERAL HOME (NAME, STREET AND NUMBER OR R.F.D., CITY OR TOWN, STATE, ZIP) | Preston-Hanley Funeral Home, 500 N. 4th St., Pekin Illinois 61554 |
| 25b. FUNERAL DIRECTOR'S SIGNATURE ▶ | [signature] |
| 25c. FUNERAL DIRECTOR'S ILLINOIS LICENSE NUMBER | 034-011229 |
| 26a. LOCAL REGISTRAR SIGNATURE ▶ | Christie A. Webb, County Clerk |
| 26b. DATE FILED BY LOCAL REGISTRAR (MONTH, DAY, YEAR) | November 4, 1997 |

VR200 (Rev. 5/89) Illinois Department of Public Health—Division of Vital Records (BASED ON 1989 U.S. STANDARD CERTIFICATE)

I HEREBY CERTIFY THAT the foregoing is a true and correct copy of the record for the person (S) named therein and that this certificate was established and filed with the Tazewell County Clerk in accordance with the statutes of Illinois.

DATE NOV - 4 1997 SIGNED Christie A. Webb

TAZEWELL COUNTY CLERK

AT PEKIN, ILLINOIS BY [signature]

DEPUTY

SEAL

THIS IS NOT A VALID CERTIFIED COPY WITHOUT THE EMBOSSED SEAL AND SIGNATURE OF THE TAZEWELL COUNTY CLERK.

CERTIFICATE OF SERVICE
FOR CASE NO. 91-1379

    I hereby certify that on October 15, 2007, I sent for filing with the Clerk of the United States District Court for the Eastern District of Pennsylvania, and electronically filed the foregoing with the United States District Court for the Central District, and I mailed by United States Postal Service copies to the following non-CM/ECF participants:

**Kent L Plotner**
HEYL ROYSTER VOELKER & ALLEN
PO Box 467
Edwardsville, IL 62025

Michael P. Cascino
Cascino Vaughan Law Offices
220 S. Ashland Ave.
Chicago, IL 60607
(312) 944-0600