IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)<br><br>This Document Relates To:<br><br>Cases from the law firm of Cascino Vaughan Law Offices, Ltd.<br><br>U.S. DISTRICT COURT FOR THE CENTRAL DISTRICT OF ILLINOIS<br>Harris v. AP Green, Case No. 91-1379 | Civil Action No. MDL 875 |

## MOTION TO APPOINT SPECIAL ADMINISTRATOR

NOW COMES plaintiff, Peggy S Harris, by and through her attorneys, CASCINO VAUGHAN LAW OFFICES, LTD. and pursuant to Rule 25 (a) of the Federal Rules of Civil Procedure, moves this Honorable Court to enter an order to appoint her Special Administrator on behalf of Robert E Harris, deceased, to litigate the above-captioned matter, and to change the above caption to reflect the same, and, in support thereof, states as follows:

1. Plaintiff, Robert E Harris, died on 11/01/1997, pursuant to State of Illinois Medical Death Certificate attached hereto.

2. No estate has been opened as of this date.

3. No legal representative has been appointed as of this date.

4. Peggy S Harris is the wife of Robert E Harris and plaintiff in her own right in the instant matter.

WHEREFORE, plaintiff, Peggy S Harris, moves this Honorable Court to enter an order appointing her Special Administrator for the purpose of litigating this cause, and changing the caption to read: Peggy S Harris, individually and as special administrator of the estate of Robert E Harris, deceased, Plaintiff v. AP Green, Defendants.

Respectfully submitted,

S/ Michael P. Cascino

By: ＿

One of Plaintiff's Attorneys

Michael P. Cascino
Cascino Vaughan Law Offices, Ltd.
220 South Ashland Ave.
Chicago, IL 60607
(312) 944-0600
(312) 944-1870 (fax)

CERTIFICATE OF SERVICE
FOR CASE NO. 91-1379

I hereby certify that on October 15, 2007, I sent for filing with the Clerk of the United States District Court for the Eastern District of Pennsylvania, and electronically filed the foregoing with the United States District Court for the Central District, and I mailed by United States Postal Service copies to the following non-CM/ECF participants:

**Kent L Plotner**
HEYL ROYSTER VOELKER & ALLEN
PO Box 467
Edwardsville, IL 62025

S/ Michael P. Cascino

_____

Michael P. Cascino
Cascino Vaughan Law Offices
220 S. Ashland Ave.
Chicago, IL 60607
(312) 944-0600