IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) | |
| This Document Relates To: Cases from the law firm of Cascino Vaughan Law Offices, Ltd. | Civil Action No. MDL 875 |
| U.S. DISTRICT COURT FOR THE CENTRAL DISTRICT OF ILLINOIS Harris v. AP Green, Case No. 91-1379 | |



FILED
OCT 2 5 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

## ORDER APPOINTING SPECIAL ADMINISTRATOR

This matter coming to be heard on the plaintiff's motion for appointment of Special Administrator and to amend the complaint to reflect said appointment, it is hereby ordered:

1. Peggy S Harris is appointed Special Administrator solely for the purposes of pursuing the above lawsuit.

2. The complaint is hereby amended on its face substituting Peggy S Harris as special administrator for the estate of Robert E Harris, as plaintiff herein.

S/ Judge Giles

Date: 10/25/2007

Honorable Judge Giles

Michael P. Cascino
Cascino Vaughan Law Offices, Ltd.
220 South Ashland Ave.
Chicago, IL 60607
(312) 944-0600
(312) 944-1870 (fax)

SCAN
DATE: 12/6 by RL